Morris Shorin, Doing Business as American Leaf Tobacco Co., Judgment Creditor, Respondent, v. Jacob Rubenstein (Also Known as Jacob Rubinstein), etc., Judgment Debtor, Appellant; Prudential Insurance Co. of America and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Mary S. Blum, Respondent, v. Felix J. Blum, Appellant.— Action for separation. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Anna V. Chesebrough, Respondent, v. Albert Chesebrough, Appellant. (Action No. 2.) — Appeal by defendant in a separation action from an order directing him to pay plaintiff a counsel fee of $1,000 and alimony *pendente lite* in the sum of seventy-five dollars weekly. Order modified (a) by reducing the counsel fee to $500, and (b) by reducing the alimony *pendente lite* to twenty-five dollars per week, upon condition that the defendant continue, during the pendency of this action, to maintain the home at Munsey Park as he has been doing voluntarily since the termination of the previous action between the parties. As so modified the order is affirmed, without costs. In our opinion both counsel fee and alimony awarded in the court below, all relevant facts considered, are excessive and should be reduced to the extent indicated. Lazansky, P. J., Carswell, Adel and Taylor, JJ., concur; Johnston, J., dissents and votes to reverse the order and deny the motion on the ground that the plaintiff has failed to show that she has a reasonable prospect of success.

Commissioner of Public Welfare of The City of New York, on the Complaint of Gerthina Quick, Respondent, v. Robert Wheeler, Appellant.— Appeal by defendant from an order of filiation of the Court of Special Sessions, City of New York, Borough of Brooklyn [County of Kings]. Order unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

Theodora B. Frost, Individually and as Executrix, etc., of George S. Frost, Deceased, Plaintiff, v. A. Pierre Bachman, as Executor, etc., of Charles G. Hensley, Deceased, Appellant; John A. Seifert and John O. Seifert, Constituting the Firm of Seifert & Seifert, Respondents.— Order denying appellant's application for an order directing respondents, Seifert & Seifert, attorneys at law, to return to appellant certain papers which he previously delivered to them, affirmed, with ten dollars costs and disbursements. Respondents are not parties to the action, nor do they appear as attorneys for either party in the action, nor is it claimed they secured possession of the papers while acting as attorneys for the appellant or his testator. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.